Gregory A. Ross
Law Office of Gregory A. Ross, P.C.
4245 Kemp Blvd., Suite 308
Wichita Falls, Texas  76308
Phone:  (940) 692-7800
Fax  :  (940) 692-7813
State Bar No. 17302500
Attorney for Movant

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | |
| ARMANDO T. MORENO, | Case No. 19-70114-HDH-13 |
| Debtor. | Chapter 13 |
| UNION SQUARE CREDIT UNION, Movant, VS. ARMANDO T. MORENO, Respondent. | (A CONTESTED MATTER) Hearing set for: MAY 13, 2020, AT 10:00 A.M. |

## AMENDED NOTICE OF HEARING
## AND WAIVER OF 30-DAY REQUIREMENT

PLEASE TAKE NOTICE THAT the Court has scheduled a hearing on Movant's Motion for Relief from Stay concerning the above matter in the United States Bankruptcy Court for the Northern District of Texas, Wichita Falls Division, at the United States Courthouse, 1000 Lamar Street, Room 222, Wichita Falls, Texas at 10:00 a.m. on May 13, 2020, and a pre-trial conference at 8:30 a.m. in Room 303 on the same date. Movant hereby waives the thirty (30) day requirement.

**Amended Notice of Hearing -**                                                                    **Page 1 of 2 Pages**

Respectfully submitted,

/s/ Gregory A. Ross
Gregory A. Ross
State Bar No. 17302500
Attorney for Movant

Law Office of Gregory A. Ross, P.C.
4245 Kemp Blvd., Suite 308
Wichita Falls, Texas 76308
Phone: 940-692-7800
Fax  : 940-692-7813

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice on April 16, 2020, duly served on all parties of interest, including the following.

Armando Moreno
1605 Tanglewood Dr
Wichita Falls, Tx 76309


/s/ Gregory A. Ross
Gregory A. Ross